No. D–2305. IN RE DISCIPLINE OF FREJLICH. Robert J. Frejlich, of Hinsdale, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 01M51. JAMES v. UNITED STATES;
No. 01M52. PIECZENIK v. DYAX CORP.; and
No. 01M53. POLYAK v. HULEN ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 01–9411. IN RE LONGIE;
No. 01–9460. IN RE WALKER;
No. 01–9462. IN RE PRADO;
No. 01–9478. IN RE BELL;
No. 01–9480. IN RE HINES;
No. 01–9481. IN RE HUBBARD; and
No. 01–9489. IN RE GRUBBS. Petitions for writs of habeas corpus denied.

No. 01–1438. IN RE BILYEU. Petition for writ of mandamus denied.

No. 01–1229. PIERCE COUNTY, WASHINGTON v. GUILLEN, LEGAL GUARDIAN OF GUILLEN ET AL., MINORS, ET AL. Sup. Ct. Wash. Motions of International Municipal Lawyers Association and Association of American Railroads for leave to file briefs as *amici curiae* granted. Certiorari granted.

No. 01–941. 20TH CENTURY INSURANCE CO. v. SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY, ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.